UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL ACTION NO. |
| VS. ) | |
| ) | 3:92-CR-319(01)-G |
| KEVIN L. SAMUELS, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

The court has entered its order accepting the findings, conclusions, and recommendation of the United States Magistrate Judge in this case.

It is **ORDERED, ADJUDGED** and **DECREED** that the successive habeas petition is **TRANSFERRED** to the **United States Court of Appeals for the Fifth Circuit** pursuant to *In re Epps*, 127 F.3d 364, 365 (5th Cir. 1997). *See* 28 U.S.C. § 2244(b)(3); 28 U.S.C. § 1631[1]. All pending motions are **DENIED**.

The clerk of the court is directed to open a new civil action, nature of suit 510, with direct assignment to District Judge Fish and Magistrate Judge Rutherford for statistical purposes, and term the motions in the criminal case.

---

[1] An order transferring a successive application to the court of appeals is not a final order requiring a certificate of appealibility. *See* <u>United States v. Fulton, 780 F.3d 683, 688 (5th Cir. 2015)</u>.

The clerk shall transmit a true copy of this judgment and the order accepting the findings, conclusions, and recommendation of the United States Magistrate Judge to petitioner.

March 29, 2018.

*/s/ A. Joe Fish*
**A. JOE FISH**
**Senior United States District Judge**